IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

WELLS FARGO BANK, N.A.,

        Plaintiff,

        vs.

LEROY WILLOUGHBY, et al.,

        Defendants.

No. 1:15-cv-129-AA

JUDGMENT

    Based on the record, judgment is for Plaintiff Wells Fargo Bank, N.A., against Defendant Leroy Willoughby in the amount of $97,448.99, plus prejudgment interest calculated under 28 U.S.C. § 1961 from April 7, 2009 up to the date of this judgment, and post-judgment interest to be calculated under 28 U.S.C. § 1961 from the date of this judgment.

1 - JUDGMENT

IT IS SO ORDERED.

DATED this 14 day of October, 2015.

                                   /s/ Ann Aiken
                                          Ann Aiken
                              United States District Judge

2 - JUDGMENT